# EXHIBIT B

HEADQUARTERS
501 WEST 42nd STREET

## JOBSITE AGREEMENT

It is hereby agreed by and between Ironworkers Local #580

**IN-City ENTERPRISES, INC.**
COMPANY NAME

that the aforesaid contract hereby recognized Ironworkers Local #580 as representative on the following jobsite:

**RIDGEWOOD RESERVOIR IN HIGHLAND PARK**
**CONTRACT. NO. Q020-109M**

and agrees to be bound by and honor the Ironworkers Local #580 of New York Collective Bargaining Agreement including, without limitation, the payment of wage and fringe benefit contributions contained therein for the duration of the time work is performed at the above mentioned jobsite.

Local #580 and **IN-CITY ENTERPRISES INC** agree herein that this agreement is given in consideration of the limited work activity of the employer in Local #580's work jurisdiction, that this jobsite agreement is given on a one time only basis, and that any work performed in the jurisdiction of Local #580 inside of the above referenced jobsite subjects this employer to the Local #580 Collective Bargaining Agreement in effect this date.

ON BEHALF OF IRONWORKERS LOCAL #580

[signature]

FOR BUSINESS MANAGER LOCAL 580

Dated: 12/27/11

ON BEHALF OF THE EMPLOYER:

**LIONEL WILLIAMS**
Employer (Print Name)

[signature]
Employer Signature

**1459 BRONX BLVD**
Address

**BRONX, N.Y. 10470**
City, State, Zip Code

STATE OF **New York**
County of **BRONX**

[signature] Susan Saraco

Dated: 12/22/11

**(718) 325-8538**
Telephone

**1609602**
NYS Compensation Insurance #

SUSAN M. SARACO
Notary Public, State of New York
No. 01SA6180657
Qualified in Bronx County
Commission Expires July 28, 2012